AJrecused,CLOSED,JLrecused,MDL

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:19−cv−00800−JD

NH, State of v. 3M Company et al  
Assigned to: Judge Joseph A. DiClerico, Jr  
Case in other court:  Hillsborough County Superior Court, ND, 216−2019−CV−00446  
Cause: 28:1442 Notice of Removal

Date Filed: 07/31/2019  
Date Terminated: 08/14/2019  
Jury Demand: Both  
Nature of Suit: 245 Tort Product Liability  
Jurisdiction: Federal Question

**Plaintiff**

**NH, State of**   represented by   **Christopher G Aslin**(NHAG)  
NH Attorney General's Office (Environmental)  
Environmental Protection Bureau  
33 Capitol St  
Concord, NH 03301  
603−271−3679  
Fax: 603−271−2110  
Email: christopher.aslin@doj.nh.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kelvin A. Brooks**  
NH Department of Environmental Services  
33 Capitol St  
PO Box 95  
Concord, NH 03302−0095  
603 271−1275  
Email: allen.brooks@doj.nh.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard W Head**  
SL Environmental Law Group PC  
201 Filbert St, Ste 401  
San Francisco, CA 94133  
603 410−4322  
Email: rwh@rathlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**   represented by   **Joseph A. Foster**  
McLane Middleton  
900 Elm St  
PO Box 326  
Manchester, NH 03105−0326  
603 625−6464  
Email: joseph.foster@mclane.com

*ATTORNEY TO BE NOTICED*

**Mark C. Rouvalis**
McLane Middleton
900 Elm St
PO Box 326
Manchester, NH 03105–0326
603 628–1329
Email: mark.rouvalis@mclane.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**E. I. du Pont de Nemours and Company**   represented by   **David Himelfarb**
McCarter & English LLP
265 Franklin St
Boston, MA 02110
617 449–6500
Email: dhimelfarb@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Chemours Company, L.L.C.**   represented by   **David Himelfarb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chemguard, Inc.**   represented by   **Joseph G. Petrosinelli**
Williams & Connolly LLP
725 Twelfth St, N.W.
Washington, DC 20005
202 434–5547
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liam J. Montgomery**
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202 434–5547
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tyco Fire Products LP**   represented by   **Joseph G. Petrosinelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liam J. Montgomery**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Buckeye Fire Equipment Company**    represented by   **Ellen Nunno Corbo**
Taylor Colicchio LLP
425 5th Avenue, 5th Floor
New York, NY 10016
212 661–1700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kidde–Fenwal, Inc.**    represented by   **Jonathan I. Handler**
Day Pitney LLP
One International Place
Boston, MA 02110
617 345–4600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J. Sackman**
Bernstein Shur PA
670 N Commercial St
PO Box 1120
Manchester, NH 03105–1120
603 623–8700
Fax: 603 623–7775
Email: nsackman@bernsteinshur.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Foam, Inc.**    represented by   **Keith E. Smith**
Greenberg Traurig, LLP
1717 Arch St. Suite 400
Philadelphia, PA 19103
215 988–7843
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2019 | 1 | NOTICE OF REMOVAL with Jury Demand from Hillsborough County Superior Court, case number 216–2019–CV–00446 (filing fee $400, receipt number 0102–1842973) filed by 3M Company. Answer Follow Up on 8/21/2019. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). State Court Record Follow Up 8/14/2019. (Attachments: # 1 Exhibit Ex. 1 – Summons and Complaint, # 2 Exhibit Ex. 2 – September 2017 MilSpec, # 3 Exhibit Ex. 3 – Notice of Removal to Counsel, # 4 Exhibit Ex. 4 – Notice of Removal to State Court, # 5 Civil Cover Sheet Ex. 5 – Civil Cover Sheet)(Rouvalis, Mark) (Additional attachment(s) added on 8/1/2019: # 6 CORRECTED Notice of Removal with Signature) (ej). (Entered: 07/31/2019) |

| | | |
|---|---|---|
| 07/31/2019 | Ï | Case assigned to Judge Joseph A. DiClerico, Jr. The case designation is: 1:19–cv–800–JD. Please show this number with the judge designation on all future pleadings. (ej) (Entered: 08/01/2019) |
| 08/01/2019 | Ï | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. Pursuant to Local Rule 81.1(a) and (b), answers and motions filed in the state court will not be considered unless refiled in this court. Please note that all filings in this District must comply with Local Rule 7. The Local Rules and Administrative Procedures for ECF can be downloaded from our website HERE. (ej) (Entered: 08/01/2019) |
| 08/01/2019 | Ï | **ORDER REGARDING VISITING ATTORNEY: The Local Rules for the District of New Hampshire provide that an attorney may, at the discretion of the court, on motion by a member of our bar, be permitted to practice before this court in a particular action. Any attorney so admitted shall at all times be associated with a member of the bar of this court. Our records indicate that no motions for pro hac vice admission of Ellen Nunno Corbo Esq., Keith E. Smith, Esq., Jonathan I. Handler, Esq., Joseph G. Petrosinelli, Esq., and Liam J. Montgomery, Esq. have been received. Unless said motions with the required fee are filed within thirty (30) days, the case may be referred to a judicial officer for appropriate action. ORDER Signed by Daniel J. Lynch, Clerk of Court. Compliance Deadline set for 9/3/2019.** (ej) (Entered: 08/01/2019) |
| 08/01/2019 | Ï | NOTICE re: 1 Notice of Removal – New Case, filed by 3M Company. Pursuant to Federal Rules of Civil Procedure and Local Rules, Disclosure Statements must be filed after filing case initiating document. No Disclosure Statement has been filed. File Disclosure Statement using the *Other Documents/Disclosure Statement* event. 3M Company, E.I. Du Pont De Nemours and Company, The Chemours Company, LLC., Chemguard, Inc., Tyco Fire Products LP, Buckeye Fire Equipment Company, Kidde–Fenwal, Inc., and National Foam, Inc. shall file a disclosure statement by August 8, 2019. Disclosure Statement due 8/8/2019. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (ej) (Entered: 08/01/2019) |
| 08/01/2019 | Ï 2 | NOTICE of Attorney Appearance by Christopher G Aslin(NHAG) on behalf of NH, State of Attorney Christopher G Aslin(NHAG) added to party NH, State of(pty:pla).(Aslin(NHAG), Christopher) (Entered: 08/01/2019) |
| 08/01/2019 | Ï 3 | MDL – Notice of Filing, copy of the docket sheet, and a copy of the Notice of Removal sent to the MDL Panel for review. MDL Follow Up Deadline set for 9/30/2019. (Attachments: # 1 Docket Sheet, # 2 Notice of Removal) (ej) (Entered: 08/01/2019) |
| 08/01/2019 | Ï 4 | NOTICE of Attorney Appearance by Richard W Head on behalf of NH, State of Attorney Richard W Head added to party NH, State of(pty:pla).(Head, Richard) (Entered: 08/01/2019) |
| 08/02/2019 | Ï 5 | ORDER MDL No. 1 (CTO–17) re: Conditional transfer to United States District Court for the District of South Carolina. Order is not effective until filed in the transferee court. 2873. Miscellaneous Deadline set for 9/3/2019. (ko) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 6 | Disclosure Statement by 3M Company disclosing no parent company, one or more publicly traded companies, and no merger agreement. (Rouvalis, Mark) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 7 | NOTICE of Attorney Appearance by Joseph A. Foster on behalf of 3M Company Attorney Joseph A. Foster added to party 3M Company(pty:dft).(Foster, Joseph) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 8 | Certified Copies of State Court Record. State Court Case No. 216–2019–CV–00446, Hillsborough County North County Superior Court(Rouvalis, Mark) (Entered: 08/02/2019) |

| | | |
|---|---|---|
| 08/07/2019 | 9 | Joint Assented to MOTION to Extend Time to Answer to Until the 28th day after the Judicial Panel on Multidistrict Litigation declines to transfer this case to the pending AFFF Multidistrict Litigation in the USDC for the District of South Carolina filed by 3M Company.(Rouvalis, Mark) (Entered: 08/07/2019) |
| 08/08/2019 | | **ENDORSED ORDER granting 9 Motion to Extend Time to Answer to Until the 28th day after the Judicial Panel on Multidistrict Litigation declines to transfer this case to the pending AFFF Multidistrict Litigation in the USDC for the District of South Carolina.** *Text of Order: Granted.* **So Ordered by Judge Joseph A. DiClerico, Jr.**(gla) (Entered: 08/08/2019) |
| 08/08/2019 | 10 | CERTIFICATE OF SERVICE by NH, State of (Attachments: # 1 Exhibit A. 3M Service Documents, # 2 Exhibit B. DuPont Service Documents, # 3 Exhibit C. Chemours Service to Reg Agent, # 4 Exhibit D. Buckeye Service Documents, # 5 Exhibit E. Buckeye Service Documents, # 6 Exhibit F. Chemguard Service Documents, # 7 Exhibit G. Chemguard Service Documents, # 8 Exhibit H. Chemours Service Documents, # 9 Exhibit I. Chemours Service Documents, # 10 Exhibit J. Kidde Fenwal Service Documents, # 11 Exhibit K. Kidde Fenwal Service Documents, # 12 Exhibit L. National Foam Service Documents, # 13 Exhibit M. National Foam Service Documents, # 14 Exhibit N. Tyco Service Documents, # 15 Exhibit O. Tyco Service Documents)(Head, Richard) (Entered: 08/08/2019) |
| 08/08/2019 | 11 | NOTICE of Attorney Appearance by Edward J. Sackman on behalf of Kidde−Fenwal, Inc. Attorney Edward J. Sackman added to party Kidde−Fenwal, Inc.(pty:dft).(Sackman, Edward) (Entered: 08/08/2019) |
| 08/08/2019 | 12 | Disclosure Statement by Kidde−Fenwal, Inc. disclosing a parent company, one or more publicly traded companies, and no merger agreement. (Sackman, Edward) (Entered: 08/08/2019) |
| 08/12/2019 | 13 | ORDER MDL No. 2 re: conditional transfer to United States District Court for the District of South Carolina. Stay is lifted as no objection to the transfer was filed with the Panel. 2873. Miscellaneous Deadline set for 9/11/2019. (ko) (Entered: 08/12/2019) |
| 08/14/2019 | 14 | MDL FINAL ORDER: Case is transferred to United States District Court for the District of South Carolina for proceedings pursuant to 28 USC 1407. MDL No. 2873. (ko) (Entered: 08/14/2019) |
| 08/14/2019 | | Civil Case Terminated. (ko) (Entered: 08/14/2019) |